UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA ANDRIKA, as Personal Representative of the Estate of Constantine Andrika | : : : |
| v. | :     CASE NO. 3:02CV1407 (AWT) |
| COMPASS I, fka M/T, ET AL. | : |

### NOTICE TO COUNSEL

One hundred twenty (120) days having elapsed since the filing of the complaint and the issuance of the summonses, without return of service, plaintiff shall within fifteen (15) days of this order report to the court on the status of this service of process. In the absence of satisfactory compliance with this order, see Rule 4(m), Fed.R.Civ.P., the court shall, thirty (30) days from this date, enter a dismissal pursuant to Rule 41(b), Fed.R.Civ.P.

It is so ordered.

Dated at Hartford, Connecticut this 29th day of September, 2005.

                                                                               KEVIN F. ROWE, CLERK

                                                                      BY:_____
                                                                              Sandy Smith
                                                                              Deputy Clerk