UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------x

MARIA ANDRIIKA, as Personal Representative
of the Estate of Constantine Andrika,

                3:02 CV1407 (AWT)

        Plaintiff,

 - against -                                        **NOTICE OF**
                                                    **VOLUNTARY DISMISSAL**

COMPASS I, fka M/T, Et al.,

        Defendants.

                                                        October 7, 2005
-------------------------------------------------------------------x

        Plaintiff MARIA ANDRIKA, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses voluntarily, and without prejudice, any and all claims alleged in this above-captioned proceeding.

Dated:   Stamford, Connecticut
           October 7, 2005

                                SKOUFALOS, LLORCA & ZICCARDI, LLP

                                By: _____
                                    Manuel R. Llorca, Esq., CT 07921
                                    Clearwater House
                                    2187 Atlantic Street
                                    Stamford, Connecticut 06902
                                    Tel. No: (203) 325-9010
                                    Attorneys for Plaintiff