UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

MARIA ANDRIIKA, as Personal Representative
of the Estate of Constantine Andrika,

        Plaintiff,

- against -

COMPASS I, fka M/T, Et al.,

        Defendants.

-----------------------------------------------------------------x

2005 OCT 11 A 11: 27
3:02 CV1407 (AWT)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

October 7, 2005

    Plaintiff MARIA ANDRIKA, pursuant to Federal Rule of Civil Procedure 41(a), hereby dismisses voluntarily, and without prejudice, any and all claims alleged in this above-captioned proceeding.

Dated:  Stamford, Connecticut
        October 7, 2005

                SKOUFALOS, LLORCA & ZICCARDI, LLP

By: *Manuel R. Llorca*

Manuel R. Llorca, Esq., CT 07921
Clearwater House
2187 Atlantic Street
Stamford, Connecticut 06902
Tel. No: (203) 325-9010
Attorneys for Plaintiff

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT     10/21/05